# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Porsha Ramseur, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:19-cv-00065-KDB-DCK |
| vs. | |
| Concentrix CVG Customer Management Group Inc., | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2020 Order.

June 15, 2020

Frank G. Johns, Clerk
United States District Court